562 U.S. 959, 131 S. Ct. 490, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7916.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6349. In re Gary B. Williams, Petitioner.**

562 U.S. 959, 131 S. Ct. 492, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7859.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 10-6386. In re Frank Watts, II, Petitioner.**

562 U.S. 959, 131 S. Ct. 495, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7917.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 10-6547. In re David Eugene Sinquefield, Petitioner.**

562 U.S. 960, 131 S. Ct. 496, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7898.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 10-5659. In re Victor Del Rio, Petitioner.**

562 U.S. 960, 131 S. Ct. 460, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7884.

October 12, 2010. Petition for writ of mandamus denied.

**No. 10-5684. In re Theodore Shove, Petitioner.**

562 U.S. 960, 131 S. Ct. 500, 178 L. Ed. 2d 317, 2010 U.S. LEXIS 7890.

October 12, 2010. Petition for writ of mandamus denied.